1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)868-5886
   Fax: (562)868-5491
4  E-Mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   MORGANA K. SUMMERS

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | MORGANA K. SUMMERS | ) Case No.: 2:13-cv-01998-CMK |
12 | Plaintiff, | ) STIPULATION AND ORDER FOR A FIRST EXTESNION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
13 | v. | |
14 | CAROLYN W. COLVIN Acting Commissioner of Social Security. | |
15 | Defendant. | |
16 | | |

17

18    IT IS HEREBY STIPULATED by and between the parties, through their

19 respective counsel, that Plaintiff shall have a 60-day extension of time, to and

20 including June 4, 2014, in which to file Plaintiff's Motion for Summary Judgment.

21    This is counsel's first request for extension and is made at the request of

22 Plaintiff's counsel to allow additional time to fully research the issues presented.

23 This matter was inadvertently miscalendared and counsel is requesting this

24 continuance now. Counsel's calendar is full with multiple motion and hearing each

25 requiring diligence and time. Counsel has tried to adjust her caseload and due to

26

medical reasons is unable to work additional hours needed to complete these matters in the manner best for the claimant.

The current due date is April 5, 2014. The new date will be June 4, 2014. The parties further stipulate that the Court's scheduling order dated October 25, 2013 will be modified accordingly.

DATE: April 8, 2014                Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Ms. Morgana K. Summers


DATE:  April 8, 2014

BENJAMIN B. WAGNER
United States Attorney


BY: /s/ *Timothy R. Bolin*
_____
Timothy R. Bolin
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

SO ORDERED.

Dated:  April 10, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE