Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MORGANA K. SUMMERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGANA K. SUMMERS<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>      Defendant. | Case No.: 2:13-cv-01998-CMK<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

TO THE HONORABLE CRAIG M. KELLISON, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 44-day extension of time, to and including July 18, 2014, in which to file Plaintiff's Motion for Summary Judgment.

    This is counsel's second request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.  Counsel has been unable to complete the motion with multiple motions being due. Counsel is working diligently; however, she has four motions due today and while completing

-1-

1 one must continue the others.  Counsel makes every effort to give her full
2 attention to each case and has had to continue cases because the case load has been
3 extensive.  Counsel is making efforts to shift cases; however, we are losing one
4 associate and while another is coming, it will take time until the new associate can
5 take on the additional workload. Counsel is working zealously and at maximum
6 capacity and must respectfully request this last extension of time.  Counsel will
7 have the motion file by the above date.

8 DATE: June 4, 2014                    Respectfully submitted,

9                                                        LAWRENCE D. ROHLFING

10                                                        /s/ *Denise Bourgeois Haley*

11                                        BY: _____
                                                        Denise Bourgeois Haley
12                                                     Attorney for plaintiff Ms. Morgana K. Summers

13
   DATE:  June 4, 2014
14
                                                        ANDRÉ BIROTTE JR.
                                                        United States Attorney
15                                                     LEON W. WEIDMAN
                                                        Chief, Civil Division
16
                                                         /s/ *Timothy R. Bolin*
17
                                        BY: _____
18                                                     Timothy R. Bolin
                                                        Special Assistant United States Attorney
19                                                     Attorneys for defendant Carolyn W. Colvin
                                                        |*authorized by e-mail|
20

21 SO ORDERED.

22 Dated:  June 11, 2014

23                                                        _____
                                                        CRAIG M. KELLISON
                                                        UNITED STATES MAGISTRATE JUDGE
24

25

26