Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MORGANA K. SUMMERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGANA K. SUMMERS ) | Case No.: 2:13-cv-01998-CMK |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE HONORABLE CRAIG M. KELLISON, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 31-day extension of time, to and including August 18, 2014, in which to file Plaintiff's Motion for Summary Judgment or other motion as appropriate.

///

///

1     This is counsel's third and last request.  Counsel has reviewed this matter
2 and has attempted to contact Ms. Summer's to no avail. Counsel has sought
3 settlement of this matter yet has been unable to obtain authorization for dismissal
4 or withdrawal.   This request is made at the request of Plaintiff's counsel to allow
5 additional time to allow Ms. Summer's to respond to counsel's request for contact.
6 Counsel would prefer to obtain contact with Ms. Summer's prior to filing a motion
7 for withdrawal; however, if no contact or resolution is had, counsel will file the
8 appropriate motion on or before August 18, 2014.  Counsel makes this request in
9 good faith.

10 DATE: July 16, 2014         Respectfully submitted,

11                               LAWRENCE D. ROHLFING

12                               /s/ *Denise Bourgeois Haley*

13                      BY: _____
                          Denise Bourgeois Haley
14                           Attorney for plaintiff Ms. Morgana K. Summers

15

16 DATE:  July 16, 2014
                          BENJAMIN B. WAGNER
17                           United States Attorney

18                               /s/ *Timothy R. Bolin*

19                      BY: _____
                          Timothy R. Bolin
20                           Special Assistant United States Attorney
                          Attorneys for defendant Carolyn W. Colvin
                          |*authorized by e-mail|
21

22 IT IS SO ORDERED.

23 Dated:  July 29, 2014

24                               CRAIG M. KELLISON
                          UNITED STATES MAGISTRATE JUDGE
25

26