1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MORGANA K. SUMMERS,                     No. 2:13-cv-1998-CMK

12                   Plaintiff,

13          vs.                                      <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16   _____/

17          Plaintiff, who is now proceeding *in propria persona*, brings this action for judicial

18   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

19   This case is before the undersigned as the presiding judge for all purposes, including entry of

20   final judgment, as the court has received written consent of all parities.  <u>See</u> 28 U.S.C. § 636(c).

21          The court issued an order to show cause on January 22, 2015, requiring plaintiff to

22   show cause why this action should not be dismissed for failure to file a dispositive motion or

23   otherwise prosecute this action.  Plaintiff was warned that failure to respond to the order to show

24   cause may result in the dismissal of this action for the reasons outlined as well as for failure to

25   prosecute and comply with court rules and orders.  <u>See</u> Local Rule 110.

26   / / /

1          Plaintiff has not responded to the court's order as directed, nor has she filed a

2   dispositive motion as directed.  The undersigned finds it appropriate to dismiss this action for

3   plaintiff's failure to comply with court rules and orders, failure to file an amended complaint, and

4   failure to prosecute this case.

5          Accordingly, IT IS HEREBY ORDERED that:

6          1.       This action is dismissed; and

7          2.       The Clerk of the Court is directed to close this case.

8

9   DATED:  February 27, 2015

10                                        _____

11                                        **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26